160 A.3d 550

**EPPS**

v.

**BANK OF AMERICA**

**Pet. Docket No. 35, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Pending in the Court of Special Appeals (No. 1949, Sept. Term, 2016).

Petition for writ of certiorari denied.

■

160 A.3d 550

**FULLARD, Bennie, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 27, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Application for leave to appeal denied by the Court of Special Appeals (No. 2375, Sept. Term, 2014).

Petition for writ of certiorari denied.